IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| SHAUN MICHAEL HALLMAN, | : | CASE NO. 21-12122-pmm |
| Debtor | : | |

## ENTRY OF APPEARANCE WITH REQUEST FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of Joshua A. Gildea of Fitzpatrick Lentz & Bubba, P.C., as co-counsel of record for Lehigh Valley Educators Credit Union, in the above-captioned matter.

PLEASE TAKE NOTICE THAT Joshua A. Gildea, of Fitzpatrick Lentz & Bubba, P.C. is co-counsel for Lehigh Valley Educators Credit Union, a party in interest in the above Chapter 13 case, and pursuant to Bankruptcy Rules 2002, 9007 9010, respectfully requests that all notices given or required to be given in this case by the Court and/or by any other party to this case, be given to the undersigned at the address and telephone number set forth below.

THIS REQUEST FOR NOTICE includes all Orders, Notices, copies of Applications, Motions, Petitions, Pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

          FITZPATRICK LENTZ & BUBBA, P.C.

          *s/Joshua A. Gildea*
     By_____
Dated:  August 24, 2021    Joshua A. Gildea/ Atty. ID: 205911
          645 W. Hamilton Street, Suite 800
          Allentown, PA 18101
          (610) 797-9000
          Attorney for Lehigh Valley
          Educators Credit Union