UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Shaun Michael Hallman<br><br>    Debtor | Chapter 13<br>Bankruptcy No.21-12122-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 20th day of October, 2021, by first class mail upon those listed below:

Shaun Michael Hallman
3518 Pleasant Avenue
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

ZACHARY ZAWARSKI ESQ
3001 EASTON AVENUE
BETHLEHEM, PA  18017

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee