### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SHAUN MICHAEL HALLMAN | : | Case No. 21-12122-pmm |
| Debtor | : | |

### CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Avoid Judicial Lien of LEHIGH VALLEY EDUCATORS CREDIT UNION. I further certify that the same was served together with the Notice of Motion to Avoid Judicial Lien, Response Deadline, and Hearing Date and Proposed Order by first-class mail and/or electronic notification on December 1, 2021 to Rosemarie Krantz, CEO of Lehigh Valley Educators Credit Union, its counsel, Fitzpatrick Lentz & Bubba, P.C., the Chapter 13 Trustee, and the U.S. Trustee. The deadline for a response was December 15, 2021. Debtor seeks the entry of an order granting the requested relief.

Respectfully Submitted,

Date: December 16, 2021         By:    */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor