**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shaun Michael Hallman,  :  Chapter 13
: 
Debtor.  :  Bky. No. 21-12122 PMM

# O R D E R

**AND NOW,** upon consideration of the Motion to Avoid Lien with Lehigh Valley Educators Credit Union (doc. #22, the "Motion");

AND a hearing on the Motion having been held and concluded on January 6, 2022;

AND for the reasons stated on the record at the hearing, including the fact that the Debtor does not own the property upon which he seeks to avoid a lien,

It is hereby **ORDERED** that the Motion is **DENIED**.

Date: January 6, 2022

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**