United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 21-12122-pmm
Shaun Michael Hallman | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jan 06, 2022      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaun Michael Hallman, 3518 Pleasant Avenue, Allentown, PA 18103-9735 |
| 14629706 | + | American Neighborhood Mortgage Acceptance Company,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14639560 | + | American Neighborhood Mortgage Acceptance, et al, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14626403 | | AnnieMac Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14626404 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14626408 | + | Fitzpatrick Lentz & Bubba, Joseph S. D'Aminco, Jr., Esq., 645 Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 14626410 | + | Lehigh Valley Educator, 3720 Hamilton Boulevard, Allentown PA 18103-4503 |
| 14628574 | + | Lehigh Valley Educators Credit Union, CO Joseph S. D'Amico, Jr., Fitzpatrick Lentz and Bubba P.C., 645 West Hamilton Street, Ste. 800, Allentown PA 18101-2197 |
| 14631604 | + | Lehigh Valley Educators Credit Union, CO Joshua A. Gildea, Esq., Fitzpatrick Lentz & Bubba P.C., 645 West Hamilton Street, Ste. 800, Allentown PA 18101-2197 |
| 14653249 | + | Lehigh Valley Educators Credit Union, Attn: Rosemarie Krantz, CEO, 3720 Hamilton Boulevard, Allentown, PA 18103-4503 |
| 14626411 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14626415 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14626416 | + | Tsarouhis Law Group, Demetrios H. Tsarouhis, Esq., 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14626417 | | Unifund CCR, LLC, 10625 Techwood Circle, Blue Ash, OH 45242-2846 |
| 14626418 | + | Yesenia Hallman, 3518 Pleasant Avenue, Allentown, PA 18103-9735 |
| 14626419 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14626405 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2022 00:00:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2322 |
| 14626816 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2022 00:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14628711 | | Email/Text: mrdiscen@discover.com | Jan 07 2022 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14626407 | + | Email/Text: mrdiscen@discover.com | Jan 07 2022 00:00:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14626406 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2022 00:12:39 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14626409 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 07 2022 00:00:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14626413 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2022 00:00:00 | Pressler, Felt & Warshaw LLP, Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14626412 | + | Email/Text: paparalegals@pandf.us | Jan 07 2022 00:00:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2022 | Form ID: 155 | Total Noticed: 27 |

| 14641713 | + Email/Text: bncmail@w-legal.com | | |
|---|---|---|---|
| | | Jan 07 2022 00:00:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14626916 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 07 2022 00:12:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14626414 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 07 2022 00:12:35 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14628179 | *+ | Lehigh Valley Educator, 3720 Hamilton Boulevard, Allentown, PA 18103-4503 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

**Name**      **Email Address**

JOSEPH S. D'AMICO, JR.
    on behalf of Creditor Lehigh Valley Educators Credit Union jsdamico@flblaw.com  ccharlton@flblaw.com

JOSHUA A. GILDEA
    on behalf of Creditor Lehigh Valley Educators Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Shaun Michael Hallman zzawarski@zawarskilaw.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shaun Michael Hallman
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−12122−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 6, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

30
Form 155