United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12122-pmm

Shaun Michael Hallman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaun Michael Hallman, 3518 Pleasant Avenue, Allentown, PA 18103-9735 |
| cr | + | Lehigh Valley Educators Credit Union, 3720 Hamilton Blvd., Allentown, PA 18103-4503 |
| 14653249 | + | Lehigh Valley Educators Credit Union, Attn: Rosemarie Krantz, CEO, 3720 Hamilton Boulevard, Allentown, PA 18103-4503 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2022 23:54:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH S. D'AMICO, JR. | on behalf of Creditor Lehigh Valley Educators Credit Union jsdamico@flblaw.com  ccharlton@flblaw.com |
| JOSHUA A. GILDEA | on behalf of Creditor Lehigh Valley Educators Credit Union jgildea@flblaw.com  ccharlton@flblaw.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 07, 2022 | Form ID: pdf900 | Total Noticed: 4 |

on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
on behalf of Debtor Shaun Michael Hallman zzawarski@zawarskilaw.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Shaun Michael Hallman, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 21-12122 PMM |

# O R D E R

**AND NOW,** upon consideration of the Motion to Avoid Lien with Lehigh Valley Educators Credit Union (doc. #22, the "Motion");

AND a hearing on the Motion having been held and concluded on January 6, 2022;

AND for the reasons stated on the record at the hearing, including the fact that the Debtor does not own the property upon which he seeks to avoid a lien,

It is hereby **ORDERED** that the Motion is **DENIED**.

Date: January 6, 2022

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**