Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-12122-PMM

Shaun Michael Hallman
3518 Pleasant Avenue
Allentown  PA   18103

Petition Filed Date: 07/29/2021
341 Hearing Date: 08/31/2021
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2021 | $75.00 | 210147260785 | 09/30/2021 | $75.00 | 19270850245 | 11/02/2021 | $75.00 | 19004420604 |
| 12/28/2021 | $75.00 | 19332927170 | 01/04/2022 | $75.00 | 19334596781 | 02/01/2022 | $75.00 | 19333014058 |
| 02/28/2022 | $75.00 | 19359884115 | 03/23/2022 | $75.00 | 19333160128 | 04/26/2022 | $75.00 | 19333158909 |
| 05/25/2022 | $75.00 | 19393643081 | 06/29/2022 | $75.00 | 19405751202 | 07/27/2022 | $75.00 | 19416540937 |

**Total Receipts for the Period: $900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $900.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC »» 001 | Unsecured Creditors | $335.48 | $0.00 | $335.48 |
| 2 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $5,005.83 | $0.00 | $5,005.83 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $5,761.44 | $0.00 | $5,761.44 |
| 4 | UNIFUND »» 004 | Unsecured Creditors | $1,633.69 | $0.00 | $1,633.69 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION »» 005 | Unsecured Creditors | $4,956.25 | $0.00 | $4,956.25 |
| 6 | LEHIGH VALLEY EDUCATORS CREDIT UNION »» 06S | Secured Creditors | $39.34 | $0.00 | $39.34 |
| 7 | LEHIGH VALLEY EDUCATORS CREDIT UNION »» 06U | Unsecured Creditors | $24,684.07 | $0.00 | $24,684.07 |
| 8 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC »» 007 | Mortgage Arrears | $76.82 | $0.00 | $76.82 |
| 9 | SYNCHRONY BANK »» 008 | Unsecured Creditors | $2,524.16 | $0.00 | $2,524.16 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,713.00 | $756.00 | $2,957.00 |

**Chapter 13 Case No. 21-12122-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $900.00 | Current Monthly Payment: | $75.00 |
| Paid to Claims: | $756.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $75.00 | Total Plan Base: | $5,650.00 |
| Funds on Hand: | $69.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.