Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-12122-PMM**

Shaun Michael Hallman  
3518 Pleasant Avenue  
Allentown  PA    18103

Petition Filed Date: 07/29/2021  
341 Hearing Date: 08/31/2021  
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $75.00 | 19416490327 | 09/30/2022 | $75.00 | 19416606504 | 10/31/2022 | $75.00 | 19435770669 |
| 12/05/2022 | $75.00 | 19459556488 | 12/27/2022 | $75.00 | 19416765065 | 01/30/2023 | $75.00 | 19415799165 |
| 03/07/2023 | $75.00 | 19498748769 | 03/29/2023 | $75.00 | 19416979989 | 04/28/2023 | $75.00 | 19520298142 |
| 05/31/2023 | $75.00 | 19536507854 | 06/26/2023 | $75.00 | 17520408080 | 08/01/2023 | $75.00 | 19549854309 |

**Total Receipts for the Period: $900.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC  »» 001 | Unsecured Creditors | $335.48 | $0.00 | $335.48 |
| 2 | CAVALRY SPV INVESTMENTS LLC  »» 002 | Unsecured Creditors | $5,005.83 | $0.00 | $5,005.83 |
| 3 | DISCOVER BANK  »» 003 | Unsecured Creditors | $5,761.44 | $0.00 | $5,761.44 |
| 4 | UNIFUND  »» 004 | Unsecured Creditors | $1,633.69 | $0.00 | $1,633.69 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION  »» 005 | Unsecured Creditors | $4,956.25 | $0.00 | $4,956.25 |
| 6 | LEHIGH VALLEY EDUCATORS CREDIT UNION  »» 06S | Secured Creditors | $39.34 | $0.00 | $39.34 |
| 7 | LEHIGH VALLEY EDUCATORS CREDIT UNION  »» 06U | Unsecured Creditors | $24,684.07 | $0.00 | $24,684.07 |
| 8 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC  »» 007 | Mortgage Arrears | $76.82 | $0.00 | $76.82 |
| 9 | SYNCHRONY BANK  »» 008 | Unsecured Creditors | $2,524.16 | $0.00 | $2,524.16 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,713.00 | $1,581.75 | $2,131.25 |

Chapter 13 Case No. 21-12122-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,581.75 | Arrearages: | $250.00 |
| Paid to Trustee: | $150.00 | Total Plan Base: | $5,650.00 |
| Funds on Hand: | $68.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.