Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-12122-PMM**

Shaun Michael Hallman
3518 Pleasant Avenue
Allentown  PA    18103

Petition Filed Date: 07/29/2021
341 Hearing Date: 08/31/2021
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2023 | $75.00 | 19549854309 | 08/30/2023 | $75.00 | 19549854562 | 10/02/2023 | $75.00 | 19520553913 |
| 10/23/2023 | $400.00 | 19520636405 | 12/04/2023 | $100.00 | 19596356631 | 01/03/2024 | $100.00 | 19602228964 |
| 02/05/2024 | $100.00 | 19592651751 | 02/29/2024 | $100.00 | 19620764444 | 03/20/2024 | $100.00 | 22059706873 |
| 04/30/2024 | $100.00 | 19628255923 | 05/30/2024 | $100.00 | 19592822707 | 07/02/2024 | $100.00 | 19592888270 |

**Total Receipts for the Period: $1,425.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $3,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $335.48 | $0.00 | $335.48 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $5,005.83 | $0.00 | $5,005.83 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $5,761.44 | $0.00 | $5,761.44 |
| 4 | UNIFUND<br>»» 004 | Unsecured Creditors | $1,633.69 | $0.00 | $1,633.69 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 005 | Unsecured Creditors | $4,956.25 | $0.00 | $4,956.25 |
| 6 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 06S | Secured Creditors | $39.34 | $0.00 | $39.34 |
| 7 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 06U | Unsecured Creditors | $24,684.07 | $0.00 | $24,684.07 |
| 8 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 007 | Mortgage Arrears | $76.82 | $0.00 | $76.82 |
| 9 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $2,524.16 | $0.00 | $2,524.16 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,713.00 | $2,955.75 | $757.25 |

**Chapter 13 Case No. 21-12122-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,250.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $2,955.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $294.25 | Total Plan Base: | $5,650.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.