| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-12122-PMM**

Shaun Michael Hallman
3518 Pleasant Avenue
Allentown  PA    18103

Petition Filed Date: 07/29/2021
341 Hearing Date: 08/31/2021
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2024 | $100.00 | 19592919621 | 09/04/2024 | $100.00 | 19592963163 | 10/01/2024 | $100.00 | 19688337074 |
| 10/29/2024 | $100.00 | 19592963459 | 12/04/2024 | $100.00 | 19698973861 | 01/02/2025 | $100.00 | 19698974592 |
| 02/05/2025 | $100.00 | 19567192673 | 03/04/2025 | $100.00 | 19680182826 | 04/01/2025 | $100.00 | 19705044107 |
| 05/05/2025 | $100.00 | 19704955888 | 06/02/2025 | $100.00 | 19749850230 | 07/02/2025 | $100.00 | 19749918519 |
| 07/30/2025 | $100.00 | 19759087878 | | | | | | |

**Total Receipts for the Period:  $1,300.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $335.48 | $0.00 | $335.48 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $5,005.83 | $16.60 | $4,989.23 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $5,761.44 | $19.12 | $5,742.32 |
| 4 | UNIFUND<br>»» 004 | Unsecured Creditors | $1,633.69 | $0.00 | $1,633.69 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 005 | Unsecured Creditors | $4,956.25 | $16.44 | $4,939.81 |
| 6 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 06S | Secured Creditors | $39.34 | $39.34 | $0.00 |
| 7 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 06U | Unsecured Creditors | $24,684.07 | $136.95 | $24,547.12 |
| 8 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 007 | Mortgage Arrears | $76.82 | $76.82 | $0.00 |
| 9 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,713.00 | $3,713.00 | $0.00 |

**Chapter 13 Case No. 21-12122-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,450.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $4,018.27 | Arrearages: | $100.00 |
| Paid to Trustee: | $385.75 | Total Plan Base: | $5,650.00 |
| Funds on Hand: | $45.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.