Certificate Number: 17572-PAE-DE-041347060

Bankruptcy Case Number: 21-12122

17572-PAE-DE-041347060

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2026, at 8:15 o'clock PM PDT, Shaun M Hallman completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 19, 2026

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor