Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Shaun Michael Hallman
3518 Pleasant Avenue
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-12122-PMM**

Petition Filed Date: 07/29/2021
341 Hearing Date: 08/31/2021
Confirmation Date: 01/06/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2025 | $100.00 | 19750067615 | 10/01/2025 | $100.00 | 19750068098 | 11/04/2025 | $100.00 | 19749850638 |
| 12/09/2025 | $100.00 | 19750122319 | 02/06/2026 | $100.00 | 19750283654 | 03/10/2026 | $100.00 | 19750209442 |
| 04/06/2026 | $100.00 | 19822636736 | 05/04/2026 | $100.00 | 19822636106 | 06/09/2026 | $100.00 | 19831534613 |
| 07/01/2026 | $100.00 | 19842406633 | 07/15/2026 | $50.00 | | 07/29/2026 | $50.00 | |

**Total Receipts for the Period: $1,100.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $335.48 | $0.00 | $335.48 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $5,005.83 | $142.47 | $4,863.36 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $5,761.44 | $164.04 | $5,597.40 |
| 4 | UNIFUND<br>»» 004 | Unsecured Creditors | $1,633.69 | $50.08 | $1,583.61 |
| 5 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 005 | Unsecured Creditors | $4,956.25 | $141.13 | $4,815.12 |
| 6 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 06S | Secured Creditors | $39.34 | $39.34 | $0.00 |
| 7 | LEHIGH VALLEY EDUCATORS CREDIT UNION<br>»» 06U | Unsecured Creditors | $24,684.07 | $756.49 | $23,927.58 |
| 8 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 007 | Mortgage Arrears | $76.82 | $76.82 | $0.00 |
| 9 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $3,713.00 | $3,713.00 | $0.00 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-12122-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,650.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $5,083.37 | Arrearages: | $0.00 |
| Paid to Trustee: | $475.95 | Total Plan Base: | $5,650.00 |
| Funds on Hand: | $90.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.