United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12122-pmm

Shaun Michael Hallman Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3

Date Rcvd: Sep 21, 2026 Form ID: 138OBJ Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaun Michael Hallman, 3518 Pleasant Avenue, Allentown, PA 18103-9735 |
| 14639560 | + | American Neighborhood Mortgage Acceptance, et al, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14626408 | + | Fitzpatrick Lentz & Bubba, Joseph S. D'Aminco, Jr., Esq., 645 Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 14626410 | + | Lehigh Valley Educator, 3720 Hamilton Boulevard, Allentown PA 18103-4503 |
| 14628574 | + | Lehigh Valley Educators Credit Union, CO Joseph S. D'Amico, Jr., Fitzpatrick Lentz and Bubba P.C., 645 West Hamilton Street, Ste. 800, Allentown PA 18101-2197 |
| 14631604 | + | Lehigh Valley Educators Credit Union, CO Joshua A. Gildea, Esq., Fitzpatrick Lentz and Bubba P.C., 645 West Hamilton Street, Ste. 800, Allentown PA 18101-2197 |
| 14653249 | + | Lehigh Valley Educators Credit Union, Attn: Rosemarie Krantz, CEO, 3720 Hamilton Boulevard, Allentown, PA 18103-4503 |
| 14626418 | + | Yesenia Hallman, 3518 Pleasant Avenue, Allentown, PA 18103-9735 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 22 2026 02:30:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 22 2026 02:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14629706 | ^ | MEBN | Sep 22 2026 02:28:45 | American Neighborhood Mortgage Acceptance Company,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14626404 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 22 2026 02:30:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14626405 | + | Email/Text: bankruptcy@cavps.com | Sep 22 2026 02:30:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14626816 | + | Email/Text: bankruptcy@cavps.com | Sep 22 2026 02:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14626406 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 22 2026 02:39:04 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 14626403 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 22 2026 02:30:00 | AnnieMac Home Mortgage, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 14628711 | | Email/Text: mrdiscen@discover.com | Sep 22 2026 02:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14626407 | + | Email/Text: mrdiscen@discover.com | Sep 22 2026 02:30:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |

| | | | | |
|---|---|---|---|---|
| 14626409 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2026 02:39:30 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14626411 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 22 2026 02:30:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14626413 | | Email/Text: signed.order@pfwattorneys.com | Sep 22 2026 02:30:00 | Pressler, Felt & Warshaw LLP, Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14641713 | + | Email/Text: bncmail@w-legal.com | Sep 22 2026 02:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14626916 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2026 02:39:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14626414 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2026 02:39:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14626415 | + | Email/Text: bncmail@w-legal.com | Sep 22 2026 02:30:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14626416 | + | Email/Text: dht@pacollections.com | Sep 22 2026 02:30:00 | Tsarouhis Law Group, Demetrios H. Tsarouhis, Esq., 21 S. 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 14626417 | | Email/Text: bankruptcy@unifund.com | Sep 22 2026 02:30:00 | Unifund CCR, LLC, 10625 Techwood Circle, Blue Ash, OH 45242-2846 |
| 14626419 | + | Email/Text: zzawarski@zawarskilaw.com | Sep 22 2026 02:31:00 | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14628179 | *+ | Lehigh Valley Educator, 3720 Hamilton Boulevard, Allentown, PA 18103-4503 |
| 14626412 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSEPH S. D'AMICO, JR. | |

| | |
|---|---|
| | on behalf of Creditor Lehigh Valley Educators Credit Union jsdamico@flblaw.com ccharlton@flblaw.com |
| JOSHUA A. GILDEA | on behalf of Creditor Lehigh Valley Educators Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor American Neighborhood Mortgage Acceptance Company LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor Shaun Michael Hallman zzawarski@zawarskilaw.com |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 53 − 51

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Shaun Michael Hallman | ) | Case No. 21−12122−pmm |
| Debtor(s). | ) | Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 21, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 21, 2026

For The Court

Mohung Wong
Clerk of Court