## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Shaun Michael Hallman<br>　　　　　　　　　　　　　Debtor(s)<br><br>**American Neighborhood Mortgage Acceptance Company, LLC**<br>　　　　　　　　　　　　　Movant<br><br>　　　　vs.<br><br>**Shaun Michael Hallman**<br>　　　　　　　　　　　　　Debtor(s)<br><br>**Scott F. Waterman**,<br>　　　　　　　　　　　　　Trustee | BK NO. 21-12122 PMM<br><br>Chapter 13<br><br>Related to Claim No. 7 |

### CERTIFICATE OF SERVICE
### NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 01, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Shaun Michael Hallman
3518 Pleasant Ave
Allentown, PA 18103

<u>Attorney for Debtor(s)</u>
Zachary Zawarski, The Law Office of Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>November 01, 2021</u>

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com